THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KIM HYDE-RHODES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ted Barney et al.,<br>　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION DUE TO THE DEPRIVATION OF RIGHTS VIOLATIONS PENDING THIS DECISION<br><br>Case No. 4:23-cv-00079-DN<br><br>District Judge David Nuffer |

Plaintiff's Motion for Reconsideration Due to the Deprivation of Rights Violations Pending this Decision[1] is DENIED for the reasons stated in the Memorandum Decision and Order Denying Motion for Leave to Proceed In Forma Pauperis[2] and because the case is on appeal to the Tenth Circuit Court of Appeals.[3]

Signed January 11, 2024.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 12, filed 11/13/2023.

[2] Docket no. 18, filed 11/09/2023.

[3] Docket no. 14, filed 10/24/2023; docket no. 21, filed 11/28/2023.